UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**Manuel Dorego,**

    Plaintiff,

    vs.                            CA #09-370 ML

**Valentine & Kebartas, Inc.,**
**John Doe's, alias**

    Defendants.

_____

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no defendant having filed an Answer, or Motion for Summary Judgment, or an otherwise responsive pleading, the Plaintiff hereby file this notice dismissing this matter as to all defendants with prejudice, no cost and no interest.

                                         The Plaintiffs,
                                         By Counsel,

                                         /s/ John T. Longo
                                         _____
                                         John T. Longo, Esq./#4928
                                         681 Smith Street
                                         Providence, RI  02908
                                         (401) 272-2177
                                         Fax (401) 537-9185
                                         jtlongo@jtllegal.com

**Certificate of Service**

    I certify that on __11/4/09____ I electronically filed this document with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

        None.

   I further certify that I caused a copy of this document to be sent to the people listed below via e-mail:

Robert Handy
Valentine & Kerbartas, Inc.

RHandley@v-k-i.com

                  /s/ John T. Longo

                  _____
                  John T. Longo, Esq./#4928

                  My File #: FD **2963**